PACIFIC FINANCE CORPORATION, Appellant, v. CAMEO CAB CORPORATION, Respondent, Impleaded with Another.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

LUCIA S. FISCHLER, Respondent, v. SOL J. FISCHLER, Appellant.— Order unanimously modified by reducing counsel fee to the sum of $500, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

NATHAN KLUGMAN and Others, Respondents, v. JULIUS LURIE and ABE BERNSTEIN, Appellants, Impleaded with Others.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

In the Matter of FRANCIS E. DE PAOLO against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

CENTRAL HANOVER BANK & TRUST COMPANY v. NATIONAL SURETY CORPORATION.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See ante, p. 752.] Motion for reargument denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FREDERICK N. SILBERMAN v. EDMUND J. HORWATH and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JAMES A. TILLMAN and Another v. THE NATIONAL CITY BANK OF NEW YORK, Impleaded with GUARANTY TRUST COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GEORGE H. BURR and Others v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK and FEDERAL RESERVE BANK OF NEW YORK. FIDELITY AND DEPOSIT COMPANY OF MARYLAND v. CHASE NATIONAL BANK OF THE CITY OF NEW YORK and FEDERAL RESERVE BANK OF NEW YORK and THE WESTFIELD TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

MARIA ROHRS v. THE CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, etc., Impleaded, etc. THE CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, etc., v. THEATRE ZONE REALTY Co., INC., and Others, Impleaded with MARIA ROHRS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.